UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA PASQULAE

        Plaintiff(s),

v.

WELTMAN, WEINBERG & REIS

        Defendant(s).

No. C 5:11-cv-02574-HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/22/11

Signature _____

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")